UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTEZ K. ROCKEMORE, | 1:21-cv-01339-GSA-PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| vs. | (ECF No. 3.) |
| VASQUEZ, et al., | |
| Defendants. | |

    Shauntez K. Rockemore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On September 7, 2021, Plaintiff filed a motion for issuance of summonses. (ECF No. 3.) The motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on September 7, 2021, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

    Dated:  **September 23, 2021**           **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 4 at 2:7-8.)