UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTEZ K. ROCKEMORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. VASQUEZ et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01339 GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 39)<br><br>DISCOVERY AND MOTION TO COMPEL DEADLINES EXTENDED TO **APRIL 22, 2024**<br><br>DISPOSITIVE MOTION DEADLINE EXTENDED TO **JUNE 3, 2024** |

　　　　Plaintiff has filed a motion to extend the discovery and dispositive motion deadlines. ECF No. 39. This is Plaintiff's second request to do so. See ECF Nos. 34, 37 (Plaintiff's extension motion; grant of same). Currently, the discovery deadline is March 4, 2024, and the dispositive motion deadline is May 2, 2024. See ECF No. 37 at 3.

　　　　In support of the motion, Plaintiff states that he needs additional time to conduct discovery which includes, but is not limited to, his filing of a motion to compel. ECF No. 39 at 2. Defendants have not filed an opposition to the motion and the time within which to do so has expired. See generally Local Rule 230(l). Good cause appearing, the motion will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to extend the discovery and dispositive motion deadlines (ECF No. 39) is GRANTED;

2. The date for the close of discovery and for the filing of motions to compel is hereby EXTENDED from March 4, 2024, to **April 22, 2024**, and

3. The due date for dispositive motions is EXTENDED from May 2, 2024, to **June 3, 2024**.

**All other directives in the discovery and scheduling order issued August 2, 2023 (ECF No. 24), are to remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **March 21, 2024**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE