UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTEZ K. ROCKEMORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. VASQUEZ, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01339-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

　　　On June 20, 2025, a settlement conference was held and the parties reached a settlement agreement.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　All pending deadlines are VACATED; and

　　　2.　　The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**June 20, 2025**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1