UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTEZ K. ROCKEMORE, A.K.A. SHAUNTEZ KUIOUN ROCKEMORE,<br><br>Plaintiff,<br><br>v.<br><br>A. VASQUEZ, et al.,<br><br>Defendants. | No.  1:21-cv-01339 GSA (PC)<br><br>ORDER ACKNOWLEDGING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 91)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 20, 2025, Plaintiff and Defendants participated in a settlement conference that was presided over by United States Magistrate Judge Stanley A. Boone.  ECF No. 90 (minute order stating same).  During the conference the parties agreed to settle the matter and the Court ordered the parties to file dispositive documents within thirty days.  Id.

On July 7, 2025, the parties filed the instant stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The filing states that the parties have resolved this case in its entirety.  As a result, the parties stipulate to the voluntary dismissal of it with prejudice.  Consistent with the filing, the Court will acknowledge the joint stipulation to voluntarily dismiss this matter, and the Clerk of Court will be directed to close this

1

case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court ACKNOWLEDGES the joint stipulation for voluntary dismissal with prejudice filed by Plaintiff and Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 91;

2. Consistent with the parties' filing, the matter is VOLUNTARILY DISMISSED with prejudice, and

3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __**July 8, 2025**__               _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE